# FN FRANKEL & NEWFIELD, P.C.

ATTORNEYS AT LAW

Justin C. Frankel*
Jason A. Newfield*

*Admitted in NY, CT and PA

585 Stewart Avenue
Suite 312
Garden City, NY 11530

Tel: (516) 222-1600
Fax: (516) 222-0513
www.frankelnewfield.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#:
DATE FILED: 09 SEP 2011

September 7, 2011

**VIA FACSIMILE 212-805-0426**

Hon. Judge Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

**MEMO ENDORSED**

Re: Audrey Berney v. Metropolitan Life Insurance Company
    11-CV-5327(LTS)(DCF)

Dear Judge Swain:

This office is counsel for the Plaintiff, Audrey Berney in the above-referenced matter. We write to request a short adjournment of the Initial Conference scheduled for October 21, 2011. The undersigned will be on vacation. This is the first request for an adjournment of the Initial Conference. The Defendant consents to the request and this extension does not affect any other dates.

Thank you for your consideration of this request.

Respectfully submitted,

FRANKEL & NEWFIELD, P.C.

By: _____
Justin C. Frankel (JF-5983)

JCF:jpm

cc: Michael Bernstein, Esq. (Via e-mail)

*The conference is adjourned to November 4, 2011, at 10:30AM.*

SO ORDERED.

NEW YORK, NY
Sept 8, 2011

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE