ATTORNEYS AT LAW

125 BROAD STREET, 39TH FLOOR   NEW YORK, NEW YORK 10004-2400

*www.sedgwicklaw.com*   212.422.0202 *phone*   212.422.0925 *fax*

# Sedgwick LLP

*(212) 898-4011*
*michael.bernstein@sedgwicklaw.com*

September 22, 2011

*Via Facsimile (212-805-0426)*
Hon. Laura Taylor Swain
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

# MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: **2 3 SEP 2011**

Re:  Audrey Berney v. Metropolitan Life Insurance Company
Civ. Act. No.:      11-CV-5327
File No.:             00584-007679

Dear Judge Swain:

This office represents the defendant, Metropolitan Life Insurance Company ("MetLife"), in the above-referenced matter.

We write to request an extension of time for MetLife to appear and respond to the Complaint in this matter. MetLife's response to the Complaint is due by September 23, 2011. We request a short extension for defendants to respond to the Complaint to on or before October 6, 2011. Plaintiff's counsel consents to the request and this extension does not affect any previously scheduled dates set by the Court. One prior request for an extension of time was previously made on MetLife's behalf.

Thank you for your consideration of this matter.

Respectfully submitted,

Michael H. Bernstein
Sedgwick LLP

MHB/wgd

cc:  Justin Frankel, Esq. *(via facsimile 516-222-0513)*

The request is granted.

SO ORDERED.

NEW YORK, NY

Sep 22, 2011   LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

NY/751949v1