UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
AUDREY BERNEY,

                        Plaintiff,

      -against-

METROPOLITAN LIFE INSURANCE COMPANY,

                       Defendant.
------------------------------------------------------------------X

11 CIV 5327 (LTS)

**RULE 7.1 DISCLOSURE STATEMENT**

DOCUMENT ELECTRONICALLY FILED

      The undersigned, counsel of record for defendant, METROPOLITAN LIFE INSURANCE COMPANY, hereby makes the following disclosure statement pursuant to Federal Rule of Civil Procedure 7.1:

      1.    Metropolitan Life Insurance Company, a New York corporation with its principal place of business in New York, is a wholly owned subsidiary of MetLife, Inc., a publicly held corporation.

Dated: New York, New York
       October 6, 2011

                                               Respectfully submitted,

                                               /s/
                                       MICHAEL H. BERNSTEIN (MB-0579)
                                       SEDGWICK LLP
                                       125 Broad Street, 39th Floor
                                       New York, New York 10004
                                       T: (212) 422-0202
                                       F: (212) 422-0925
                                       michael.berstein@sdma.com
                                       *Attorneys for Defendant*
                                       METROPOLITAN LIFE INSURANCE COMPANY

TO:    Justin C. Frankel, Esq. (JF-5983)
Jason A. Newfield (JN-5529)
FRANKEL & NEWFIELD, P.C.
585 Stewart Ave., Suite 312
Garden City, New York 11530
Tel: (516) 222-1600
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Michael H. Bernstein, hereby certify and affirm that a true and correct copy of the attached **RULE 7.1 DISCLOSURE STATEMENT** (on behalf of MetLife) was served **ECF and Regular Mail** on October 6, 2011, upon the following:

> Jason A. Newfield (JN-5529)
> FRANKEL & NEWFIELD, P.C.
> 585 Stewart Ave., Suite 312
> Garden City, New York 11530
> Tel: (516) 222-1600
> *Attorneys for Plaintiff*

Dated:   New York, New York
         September 22, 2011

                                    s/ _____
                                    MICHAEL H. BERNSTEIN (MB-0579)